DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE POLLARI,** as personal representative of the **ESTATE OF PAUL J. POLLARI,**
Appellant/Cross-Appellee,

v.

**PHILLIP MORRIS USA, INC.** and **REYNOLDS TOBACCO COMPANY,**
Appellee/Cross-Appellant.

No. 4D19-2610

[December 3, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 14-001563 (14).

Robert W. Kelley and Kimberly Wald of Kelley Uustal PLC, Fort Lauderdale, John S. Mills, Courtney Brewer, and Jonathan Martin of the Mills Firm P.A., Tallahassee, and Alex Alvarez of the Alvarez Law Firm, Coral Gables, for appellant/cross-appellee.

Geoffrey J. Michael of Arnold & Porter Kaye Scholer LLP, Washington D.C. for appellee/cross-appellant Philip Morris USA Inc.

Scott M. Edson of King & Spalding LLP, Washington D.C. for appellee/cross-appellant R.J. Reynolds Tobacco Co.

PER CURIAM.

*Affirmed as to both the appeal and the cross-appeal.*

GERBER, KLINGENSMITH JJ., and NUTT, JAMES, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***